**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**EDWARD LEE CARTER**
**ADC# 109307**                                                                                                **PLAINTIFF**

v.                             **CASE NO. 4:11CV00864 BSM**

**TONY MCHAN, Chief of Security,**
**Ouachita River Correctional Unit,**
**Arkansas Department of Correction et al.**                                              **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 6] have been reviewed. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

Defendants M. Dale Reed and Ray Hobbs are dismissed from plaintiff Edward Lee Carter's amended complaint [Doc. No. 5].

IT IS SO ORDERED this 4th day of May 2012.

_____
UNITED STATES DISTRICT JUDGE